## UNITED STATES of America, Plaintiff–Appellee

v.

## Leon Lamont WILSON, Defendant–Appellant.

### No. 13–41051
### Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Stephen Christopher McMains, Corpus Christi, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The attorney appointed to represent Leon Lamont Wilson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Wilson has not filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.